IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 3, 2007

Charles R. Fulbruge III
Clerk

No. 07-10881

IN Re: SEALED APPELLANT

SEALED APPELLANT

Appellant

v.

SEALED INTERVENOR

Intervenor–Appellee

Appeal from the United States District Court
for the Northern District of Texas
(07-MC-41)

Before REAVLEY, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reason that there was no abuse of discretion by that court, and we could not say under this record that this court should order discovery pursuant to 28 U.S.C. § 1782, before the German court has ruled on the same discovery request.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.